# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CORA HALVORSON                                                                                                           PLAINTIFF

v.                                           NO. 4:12CV00017 JLH

INTERSTATE BRANDS CORPORATION                                                           DEFENDANT

## ORDER

      Interstate Brands Corporation has given notice that it has filed a voluntary petition for relief under Chapter 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. Interstate Brands Corporation requests that all proceedings in this case be stayed pending resolution of or relief from the pending bankruptcy proceeding. That request is granted. All action in this matter is stayed pending resolution of or relief from the bankruptcy proceeding. The Clerk of the Court is directed to terminate this action administratively. Any party may move to reopen the case within thirty days after final resolution of the bankruptcy proceedings or within thirty days after the bankruptcy court has granted relief from the automatic stay.

      IT IS SO ORDERED this 2nd day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE